JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YAI JI KIM, on behalf of herself and all others similarly situated, | Case No. CV 11-03105 JFW (JENx) |
| Plaintiff, | **ORDER OF VOLUNTARY DISMISSAL OF ACTION** |
| v. | |
| HELIO LLC; VIRGIN MOBILE USA, Inc.; HELIO, INC.; SPRINT SOLUTIONS, INC.; SPRINT SPECTRUM, L.P; SPRINT CORPORATION; and DOES 1 through 100, Inclusive, | |
| Defendants. | |

Having consider the parties' stipulation for an order voluntarily dismissing this action in its entirety, and finding good cause therefore,

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

April 22, 2011

_____

Judge of the United States District Court